(113 So. 915)

Ex parte Clyde Reese BACHELOR. (5 Div. 987.) Supreme Court of Alabama. June 30, 1927. Petition for mandamus to Hon. George F. Smoot, Judge of the Circuit Court, Elmore County. Rushton, Crenshaw & Rushton, of Montgomery, for petitioner. See, also, ante, p. 356, 113 So. 67.

PER CURIAM. Mandamus denied. All the Justices concur.

**2**

(112 So. 917)

Ex parte J. W. BRASSELL. (4 Div. 330.) Supreme Court of Alabama. April 28, 1927. Original petition for mandamus to Hon. W. L. Parks, Judge of the Circuit Court of Pike County.

PER CURIAM. Petition dismissed by petitioner.

**3**

(112 So. 917)

John CHANCELLOR v. J. E. CHANCELLOR et al. (4 Div. 334.) Supreme Court of Alabama. May 26, 1927. Certiorari to Court of Appeals. J. C. Fleming, of Elba, for petitioner. T. L. Borom, of Troy, opposed.

SOMERVILLE, J. Petition of John Chancellor for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Chancellor v. Chancellor, 112 So. 920. Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

**4**

(113 So. 915)

Will CHEATWOOD v. STATE. (7 Div. 771.) Supreme Court of Alabama. June 30, 1927. Certiorari to Court of Appeals. S. W. Tate, of Anniston, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Will Cheatwood for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cheatwood v. State, 113 So. 482. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and THOMAS, JJ., concur.

**5**

(112 So. 917)

ENTERPRISE OIL CO. v. ATLANTIC COAST LINE RAILROAD CO. (4 Div. 298.) Supreme Court of Alabama. March 29, 1927.

Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

**6**

(112 So. 917)

FARMERS' WAREHOUSE & GIN CO. v. STATE ex rel. W. T. GILLESPIE et al. (8 Div. 953.) Supreme Court of Alabama. April 14, 1927. Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed by appellant.

**7**

(112 So. 917)

Chas. P. FINCH, Adm'r, etc., v. C. E. DU BOSE. (1 Div. 393.) Supreme Court of Alabama. April 14, 1927. Appeal from Circuit Court, Clarke County; Ben D. Turner, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

**8**

(112 So. 917)

Elbert GRIFFITH v. STATE. (7 Div. 740.) Supreme Court of Alabama. April 7, 1927. Certiorari to Court of Appeals. Harvey A. Emerson, of Anniston, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Elbert Griffith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Griffith v. State, 112 So. 922. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.

**9**

(113 So. 915)

Ex parte Sam HALL. (3 Div. 812.) Supreme Court of Alabama. June 30, 1927. Petition for mandamus to Hon. George F. Smoot, Judge of the Circuit Court of Autauga County. John A. Dickinson, of Prattville, for petitioner.

PER CURIAM. Mandamus denied. All the Justices concur.